# Exhibit

# 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOCTOR'S ASSOCIATES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| v. | ) | 3:06-cv-01710 (VLB) |
| | ) | |
| QIP HOLDERS LLC and | ) | |
| IFILM CORP., | ) | |
| | ) | |
| Defendants. | ) | DECEMBER 20, 2007 |
| | ) | |

## PLAINTIFF'S DISCLOSURE OF EXPERT WITNESS

Pursuant to Federal Rules of Civil Procedure, Plaintiff Doctor's Associates Inc. hereby files this Disclosure of Expert Witness who is expected to testify at trial as follows:

    Joel Howard Steckel
    Professor of Marketing, Stern School of Business,
    New York University
    812 Tisch Hall
    New York, New York  10012-1126

1.    Professor Steckel is a Professor of Marketing and faculty director of the Stern School Doctoral Program at New York University.  A copy of Professor Steckel's Curriculum Vitae is attached hereto as Exhibit A.

2.      Professor Steckel is expected to testify as to the results of his design, conduct and analyze a survey to measure the extent to which consumers are likely to be deceived by comparisons made between the Quiznos Ultimate Italian Sub and the Subway Italian BMT sub in a 30-second TV commercial put out by QIP Holders LLP ("Quiznos"). Professor Steckel's Report is attached hereto as Exhibit B.

3.      A listing of other cases in which Professor Steckel has testified as an expert at trial or by deposition since 2003 is attached hereto as Exhibit C.

4.      Professor Steckel's rate of compensation is $650.00 per hour and has charged $14,137.50 to date. The compensation for testimony is at the rate of $650.00 per hour.

5.      Professor Steckel will testify as to the bases of his conclusions which include: (1) nationwide 30-second TV commercial directly comparing the Defendants' Ultimate Italian sub with the Plaintiff's Italian BMT; (2) exploratory research by personnel at Applied Marketing Science, Inc. ("AMS"); (3) the survey prepared consistent with scientific standards and administration of the survey and the analysis of responses.

6.    Professor Steckel will rely on publicly available marketing data and scientific standards of the profession; the requirements for survey evidence and/or marketing.   The Plaintiff reserves the right to supplement said report should additional  information become available.

THE PLAINTIFF
DOCTOR'S ASSOCIATES INC.

By _____
Jeffrey J. Mirman, Esq. (ct05433)
Lisa A. Zaccardelli, Esq. (ct07983)
LEVY & DRONEY, P.C.
74 Batterson Park Road
P.O. Box 887
Farmington, CT   06034-0887
(860) 676-3000
Its Attorneys

- 3 -

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was sent this 20th day of December, 2007, via First Class, U.S. Mail, postage prepaid, to the following:

Ronald Y. Rothstein, Esq.
Marlon E. Lutfiyya, Esq.
WINSTON & STRAWN, LLP
35 West Wacker Drive, 41st FL
Chicago, ILL  60601

James C. Riley, Esq.
WHITMAN, BREED, ABBOTT & MORGAN
100 Field Point Road
Greenwich, CT  06836

Lisa A. Zaccardelli

- 4 -

## Report of Joel Howard Steckel

### Qualifications

1. I am a Professor of Marketing at the Stern School of Business, New York University, where I
   have taught since January 1989. I was the Chairperson of the Marketing Department for six
   years, from July 1998 to June 2004, when I stepped down from the position. I am currently
   the faculty director of the Stern School Doctoral Program.  I have also held either permanent
   or visiting faculty appointments at the Graduate School of Business, Columbia University; the
   Anderson Graduate School of Management, U.C.L.A., the School of Management, Yale
   University; and the Wharton School, University of Pennsylvania. I received my B.A. from
   Columbia University in 1977, and M.B.A., M.A., and Ph.D. degrees from the Wharton
   School, University of Pennsylvania in 1979, 1980, and 1982, respectively.

2. I was the Founding President of the INFORMS (Institute for Operations Research and
   Management Science) Society for Marketing Science, the foremost professional group for the
   development and application of management science theory and tools in marketing. In
   addition, I am a member of the American Marketing Association, the American Statistical
   Association, the Association for Consumer Research, the American Association for Public
   Opinion Research, the International Trademark Association (INTA), and the Society for
   Consumer Psychology.

3. My fields of specialization within marketing include marketing research. I am an author of
   three books and over 30 articles. In the course of my scholarly research, teaching, and
   consulting work, I have studied issues of marketing research, branding and their roles in
   consumer choice and marketing strategy.  My professional qualifications are described further
   in my curriculum vita, which is attached as Exhibit A.

4. I have served as an expert witness on marketing research and branding issues in a variety of litigation matters. In the past four years, I have testified as an expert witness in the matters listed in Exhibit B.

5. My rate of compensation for this assignment is $650 per hour and is not contingent upon the outcome of this research or of the case.

**Assignment**

6. I have been asked by counsel for Doctor's Associate's Inc. ("Subway") to design, conduct and analyze a survey to measure the extent to which consumers are likely to be deceived by comparisons made between the Quiznos Ultimate Italian sub and the Subway Italian BMT sub in a 30-second TV commercial put out by QIP Holders LLP ("Quiznos").

7. I understand that between January and February 2007 Quiznos ran a nationwide, 30-second TV commercial that directly compared their Ultimate Italian sub with competitor Subway's Italian BMT sub. In this commercial, the Subway sub is depicted as having "less meat" than the Quiznos sub. The two sandwiches are displayed on a tray side-by-side, with several "men on the street" describing and directly comparing them. The commercial also includes vignettes that feature commentary on the lack of meat in the Subway sub. In addition, the commercial claims that the Quiznos sub has "2x the meat" and a "double portion" of meat.

**Research Objectives**

8. Plaintiff claims two key pieces of information are missing from the commercial that affect the impact of the comparison in a way misleading to the viewer. First, the commercial neither discloses prices nor in any way indicates that the Quiznos Ultimate Italian sub may be priced differently than the Subway Italian BMT sub to which it is being compared. The Quiznos sub

is in fact sold at a higher price that the Subway sub to which it is being compared. I found that a size regular Quiznos Ultimate Italian sub sells for a national average of $1.24 more, or 32%, more than a 6-inch Subway Italian BMT sub.[1]

9. Second, the commercial makes no mention of the fact that the Quiznos Ultimate Italian, a sandwich advertised to contain a double portion of meat, is being compared to a Subway sub with a regular amount of meat. In fact, a consumer of the Subway Italian BMT sub can choose to upgrade the regular Italian BMT to include a double portion of meat for an additional $1.00, thus bringing the price of the Subway sub more closely in line with the Quiznos sub.

10. Based on my understanding of consumer behavior, I hypothesized that viewers of the commercial, bereft of these two key pieces of information about the sandwiches, would perceive the commercial to represent a comparison between roughly equivalent products. In other words, they would perceive the sandwiches to be of similar prices and be of comparable types, in terms of an enhanced or a regular amount of meat. In other words, instead of perceiving the comparison as the apples-to-oranges one it really is, consumers would perceive it as apples-to-apples.

11. In order to begin my investigation of perceived equivalency, I conducted exploratory research with males and females over the age of 18 who planned on visiting a sub shop or fast food restaurant specializing in subs in the next month. This research consisted of approximately 90 informal one-on-one interviews, conducted between April and August 2007, during which respondents were shown the Quiznos TV commercial and then asked questions related to the claims made in the complaint.

---

[1] Based on telephone survey of nine Subway and Quiznos locations nationwide. For each field site location used in the full study, prices were obtained from the closest Subway and the closest Quiznos store. Survey found the average price of a 6-inch Subway Italian BMT sub to be $3.84, and the average price of a size regular Quiznos Ultimate Italian to be $5.08 .

12. Through these interviews, it became clear that viewers of the commercial were indeed likely to believe that the sandwiches could be purchased for similar prices. By making a direct comparison between the Subway Italian BMT and the higher-priced Quiznos Ultimate Italian, the commercial may create the impression among viewers that the Subway sub costs more than it actually does, i.e., equal to what the Quiznos sub costs.

13. As a result of the information I developed during exploratory research, I designed a survey to test the hypotheses that the commercial misleads customers by elevating their price perceptions of the Subway sandwich depicted. I hypothesized that the commercial leads viewers to perceive a) that the Subway price is higher than they would otherwise believe; and b) that the Subway price is more comparable to Quiznos' than it actually is.

14. This survey was conducted in a manner consistent with the scientific standards of my profession. I am familiar with the seven-factor framework cited in the Federal Judicial Center's *Manual for Complex Litigation* (3rd, Section 21.493). According to that framework, a proper survey conforms to the following criteria:

    a.  The population was properly chosen and defined.

    b.  The sample chosen was representative of that population.

    c.  The questions asked were clear and not leading.

    d.  The data gathered were accurately reported.

    e.  The data were analyzed in accordance with accepted statistical principles.

    f.  The process was conducted to insure objectivity.

    g.  The survey was conducted by qualified people following proper interview procedures.

15. The scientific methodology used to design, execute and analyze the survey described in this report is reliable, valid, and of the type used in common marketing practice. The results can be relied upon to draw conclusions about Subway's potential customers.

16. I am also familiar with the requirements for survey evidence to be admissible under residual exception to the hearsay rule: trustworthiness, materiality, probative importance, the interests of justice, and notice.[2] In forming my opinions, I considered Doctor's Associates, Inc. vs. QIP Holders LLC and Ifilm – Seventh Amended Complaint for Injunctive Relief and Damages. Under my direction, part of the work was conducted by personnel at Applied Marketing Science, Inc. (hereafter referred to as "AMS").

**Summary of Opinions**

17. Consumers who saw the Subway Italian BMT sub directly compared to the Quiznos Ultimate Italian sub in the context of Quiznos' TV commercial expected to pay a significantly higher price for the Subway Italian BMT sub than did consumers who saw it in a context that did not include the comparison. Indeed, this price was farther away from the true price than was that perceived by those that did not view the comparison.

18. Consumers who saw the Subway Italian BMT sub directly compared to the Quiznos Ultimate Italian sub in the context of Quiznos' TV commercial believed that the Subway and Quiznos' prices were more comparable than they actually are.

19. In addition, consumers who saw the Subway sandwich in the context of the comparative commercial were less likely to visit a Subway store than those who saw it in a neutral context.

---

[2] cf. *Schering Corporation v. Pfizer, Inc. and UCP Pharma, Inc.*, U.S. Court of Appeals, Second Circuit, No. 99-7285, Westlaw 189 F.3d 218

**Population Definition and Sampling**

20. I constructed a sample to represent members of the population of potential Subway customers. I defined this population as males and females over the age of 18 who plan on visiting a sub shop or fast food restaurant specializing in subs in the next month.[3]

21. A total of 430 interviews were conducted. Between 43 and 50 interviews were completed at each of nine sites.  A separate interviewing organization, National Field & Focus in Framingham, Massachusetts, conducted validation interviews by telephone with 100% of the respondents from each site.

**Study Design**

22. I designed the study to involve two groups – a test group and a control group. A control group is used to control for any random or systematic error that may be introduced if respondents guess (despite all signals not to), if respondents misinterpret the questions (despite all efforts in pretesting and qualitative interviews), if there are inadvertent signals (despite pretests) in the interview situation or the questioning sequence, or if the respondent has preexisting beliefs (perhaps from having seen the test stimuli before or from general knowledge of the product category).  The control group (and the corresponding stimulus) was designed to produce a reading of what responses would be absent the comparison in the ad.

23. In addition, while a market research stimulus need not be a perfect replica of the stimulus as it appears in the marketplace, the stimulus must be sufficiently close in character so that the respondents' responses to the stimulus can be taken as surrogates for respondents' responses in an appropriate setting.

---

[3] In deceptive advertising cases, the relevant universe may be defined as the potential purcasher, the potential decision-maker, or the person to whom the advertisement is addressed. Jacob Jacoby, et al., "Survey Evidence in Deceptive Advertising Cases Under the Landham Act: An Historical Review of Comments from the Bench," *The Trademark Reporter* (September-October, 1994)

24. Therefore, I used a picture of the Subway Italian BMT sub and a description of its contents, both taken directly from the "Menu" section of Subway's website as the stimulus to be presented to the control group (see Exhibit C for a copy of the control stimulus). I wanted the control stimulus to be a real-world representation of the type of information consumers might receive about the Subway sub, without comparison being made to the Quiznos sub. I chose the picture and description because they represented what a consumer would see on Subway's menu, either on its website or in-person at a store.

25. While the test group in the current study was asked about Subway's prices based on their viewing of the commercial, the control group in the current study was asked about Subway's prices based on their viewing of the picture and description from the previous paragraph.

26. Good survey methodology seeks to avoid any demand artifacts; that is, a situation in which the methodology and/or survey suggest to respondents that they should provide a particular response that is "demanded" by the survey. The following steps were taken to avoid demand artifacts:

   a. *Blind approach*. Neither the respondents nor the interviewers knew the purpose of the study; it was never identified to them at any time before, during or after completion of the study. This ensured that interviewers would not "lead" respondents to a specific answer and that respondents would not adapt their responses to what they perceived the sponsors of the survey wanted them to say. In addition, the test version of the survey included questions about the Quiznos sandwich as well as the Subway sandwich, to avoid revealing the focus of the study to interviewees.

   b. *Use of Filler Questions*. Respondents were asked two sandwich-related "filler" questions between the presentation of stimuli and the key survey questions in order to

further mask the intent of the study. These questions were not used to qualify respondents for inclusion in the study.

27. I chose a mall-intercept survey in order to reach a sample that would represent the relevant universe. Interviewing was conducted September 22, 2007 through October 5, 2007 at nine shopping malls distributed across the United States. In order to reach a geographically diverse sample, I chose one site in each of the nine US Census Divisions. The list of shopping malls, the number of interviews competed per mall, and the distances from each site to the closest Subway and Quiznos stores, are shown in Exhibit D. The malls were chosen in a manner to ensure that neither Subway nor Quiznos stores were systematically closer to the interview sites overall.

**Study Administration**

28. Administration of the survey consisted of the following steps:

    a.  Interviewers intercepted potential respondents on the floor of the shopping mall and screened them to assess whether they were members of the target population. Qualified respondents were men and women of at least 18 years of age who indicated that they planned to visit a sub shop or fast food restaurant specializing in subs in the next month. All others were thanked and dismissed from the survey. Individuals were not allowed to participate if they worked in the mall where the interview was taking place, or if they themselves or a household member worked for a market research or advertising company, or a fast food restaurant. Also excluded were those individuals with a language or hearing difficulty as well as those who use reading glasses but did not have a pair with them. The screener used in the study can be found in Exhibit E.

b.  Qualified respondents were offered a $5 incentive and invited to participate in the study. Cash incentives are customary in market research and serve to encourage cooperation. The actual interview took place in a private interview location away from the floor of the mall. Prior to being interviewed, every respondent was re-screened to verify qualification for the study. Supervisors at the interviewing facility also collected a phone number from each respondent prior to being interviewed, and called the phone number to verify its authenticity.

c.  To begin the survey, respondents were first shown the appropriate stimuli (the Quiznos TV commercial for the test cell and the print materials for the control cell). Respondents in the test cell where shown the TV commercial twice in succession, to ensure full attention to its detail. Respondents in the control cell who saw the print materials were allowed to keep them in front of them during questioning, to prevent the task from becoming simply a "memory test."

d.  The questionnaire was administered after the respondents were shown the appropriate stimulus. The questionnaires used in the study can be found in Exhibit F. All respondents were asked an open-ended introductory question, "What is the main message, if any, of the ad you just saw?" followed by two sandwich-related filler questions: "How often would you say that you eat at sub shops?" and "What are you most likely to order when you visit a sub shop?"[4]

e.  Following the filler questions, respondents were asked what they would expect to pay for the Subway Italian BMT sub. They were told to base their answer on "the ad you just saw and your knowledge of fast food."

---

[4] All questions were vetted for understandability in a pretest administered to 35 individuals who were debriefed as to their understanding of the questions.

f.  Next, respondents were asked how likely they would be to visit a Subway store, on a scale of 1 to 10 with 1 equal to not at all likely and 10 equal to extremely likely. Again, they were told to base their answer on "the ad you just saw and your knowledge of fast food."

g.  Then, respondents were asked how likely they would be to buy a Subway Italian BMT sub on a scale of 1 to 10, with 1 equal to not at all likely and 10 equal to extremely likely. Again, they were told to base their answer on "the ad you just saw and your knowledge of fast food." For the respondents in the control group, this was the last question in the survey.

h.  Those in the test group, because they had seen a commercial that compared a Quiznos sub to a Subway sub, were asked the previous 3 questions in parallel form about Quiznos and the Quiznos Ultimate Italian sub. Following the pattern outlined above, respondents were asked what they would expect to pay for the sub, how likely they would be to visit a Quiznos store, and how likely they would be buy a Quiznos Ultimate Italian sub. The same 1 to 10 scale was used and respondents were again told to base their answer on "the ad you just saw and your knowledge of fast food."

**Response Statistics**

29. 430 respondents successfully completed the survey. The completion rate was 96%. 430 out of 450 qualified respondents completed the survey. The qualification rate was 49%. That is, 450 respondents qualified to participate, out of a total of 913 screened. A detailed chart of the response statistics is included as Exhibit G.

**Analysis of Responses**

30. For the 216 respondents in the test cell, the observed expectation of the price of the Subway Italian BMT was $4.91. For the 214 respondents in the control cell, it was $4.48. These prices are significantly different at the 99% confidence interval (p=.000). In addition, the average current market price of a 6-inch Subway Italian BMT is $3.84, and the average current market price of a size small Quiznos Ultimate Italian is $5.08.

31. The 216 respondents in the test cell also expected that the price of the Quiznos Ultimate Italian would be $5.81. Therefore, the perceived price difference between the Subway and Quiznos sandwich is $0.90 ($5.81-$4.91). This is significantly less than the actual difference of $1.24 ($5.08-$3.84) at the 99% confidence interval (p=.000).[5]

32. These data suggest that the commercial misleads viewers in that it:

   a. Creates an impression that the Subway sandwich is more expensive than it actually is. Indeed, those that do not see the comparison will perceive that the sandwich is closer to its actual price; and

   b. Creates an impression that the Subway and Quiznos' prices are more comparable than they actually are.

33. Finally, when asked to the rate their likelihood of visiting a Subway store, using a scale of 1 to 10 where 1 equals "not at all likely" and 10 equals "extremely likely," respondents in the test (TV commercial) cell gave an average score of 7.3, compared with 8.3 for those in the test (print materials) cell. These scores are significantly different at the 99% confidence interval (p=.000). When asked to the rate their likelihood of buying a Subway Italian BMT

---

[5] Since each respondent provided price expectations for both sandwiches, the common two sample t-test for independent samples is inappropriate. The appropriate test is a paired-sample t-test.

using the same scale, respondents in the test (TV commercial) group gave an average answer of 5.9, compared with 6.2 for those in the test (print materials) cell. These scores are not significantly different.

December 21, 2006

Joel H. Steckel

## List of Exhibits

**A. Curriculum Vitae of Joel Steckel**

**B. Testimony from the Prior Four Years**

**C. Screenshot of Material used in Control Stimulus**

**D. Number of Completes per Field Location**

**E. Screener**

**F. Questionnaires**

**G. Response Statistics**

*EXHIBIT A - CURRICULUM VITA*

## JOEL HOWARD STECKEL

**Office Address**
New York University
812 Tisch Hall
New York, NY 10012-1126
Tel: (212) 998-0521
Fax: (212) 995-4006
EMail: JSTECKEL@STERN.NYU.EDU

**Home Address**
367 6th Street
Brooklyn, NY 11215
(718) 788-1336

## EDUCATION

UNIVERSITY OF PENNSYLVANIA, THE WHARTON SCHOOL

Doctor of Philosophy Degree (Marketing/Statistics) awarded, May 1982.
Dissertation Title: "A Game Theoretic and Experimental Approach to the Group Choice
Phenomenon in Organizational Buying Behavior;" Professor Yoram Wind, advisor.

Master of Arts Degree (Statistics) awarded May 1980.

Master of Business Administration Degree (Management Science) awarded with Distinction,
May 1979.

Elected to Beta Gamma Sigma, May 1979.

COLUMBIA UNIVERSITY

Bachelor of Arts (Mathematics) awarded Summa Cum Laude, May 1977.

Elected to Phi Beta Kappa, May 1977.

## ACADEMIC POSITIONS

Director of Doctoral Studies, Stern School of Business, New York University, May 2007-
Present.

Marketing Department Chairperson, Stern School of Business, New York University, July 1998-
June 2004.

Professor and Associate Professor, Stern School of Business, New York University, January
1989 - present. Taught courses in Business Strategy, Marketing Management, Marketing
Research, Corporate Reputation and Branding, Models of Pricing and Promotion, Field Studies
in the New Economy, Marketing Engineering, and Analytic Marketing for Management

Consulting. Also taught Doctoral Seminars in Mathematical Models in Marketing and Research Methods.

Visiting Professor, Wharton School, University of Pennsylvania, January 1995 - December 1995. Taught Core Marketing course.

Visiting Professor, Escola de Pós-Graduação em Ciências Económicas e Empresariais, Universidade Católica Portuguesa, May - June 1992, May - June 1993. Taught Industrial Marketing and Marketing Strategy.

Associate Professor and Assistant Professor, Graduate School of Business, Columbia University, July 1981 - December 1988. Taught MBA-level courses in Industrial Marketing, Marketing Planning, and Marketing Research. Taught three Ph.D.-level Marketing Seminars and Applied Multivariate Statistics.

Visiting Associate Professor, School of Organization and Management, Yale University, September - December 1988. Taught graduate course in Marketing Strategy.

Visiting Assistant and Associate Professor, Graduate School of Management, University of California at Los Angeles, July 1984 - June 1985, January - March 1987. Taught Advanced Marketing Management, Marketing Research, and Strategic Marketing Planning.

Assistant Instructor, Department of Statistics, University of Pennsylvania, July 1979 - June 1980. Assisted in undergraduate and MBA-level courses in Statistics. Taught undergraduate course in Calculus.

Teaching Assistant, Department of Mathematics, Columbia University, September 1976 - May 1977. Assisted in courses in Number Theory and Differential Equations.

## PROFESSIONAL INTERESTS

Marketing Strategy and Marketing Research. In particular, marketing research methodology, marketing and branding strategies, electronic commerce, approaches for one-to-one marketing, and managerial decision making.

## PUBLICATIONS

### Books

Marketing Research (with D. Lehmann and S. Gupta), Boston: Addison-Wesley Longman, 1998.

Analysis for Strategic Marketing (with V. Rao), Boston: Addison-Wesley Longman, 1998.

The New Science of Marketing: State of the Art Tools for Anticipating and Tracking the Market Forces that will Shape Your Company's Future (with V. Rao), Chicago: Irwin Professional Publishers, 1995.

**Journal Articles**

"When Do Purchase Intentions Predict Sales?" (with V. Morwitz and A. Gupta), International Journal of Forecasting, Forthcoming.

"Dilution through the Looking Glass: A Marketing View of the Trademark Dilution Revision Act of 2005," (with R. Klein and S. Schussheim), The Trademark Reporter, Vol. 96, No. 3, May-June 2006.

"Choice in Interactive Environments," (with R. Winer, R.Bucklin, B. Dellaert, X. Drèze, G. Häubl, S. Jap. J.D.C. Little, T. Meyvis, A. Montgomery, and A. Rangaswamy), Marketing Letters, Vol. 16, No.3/4, 2005.

"Using Capital Markets as Market Intelligence: Evidence from the Pharmaceutical Industry," (with D. Markovich and B. Yeung), Management Science, October 2005.

"Marketing Science – Growth and Evolution," (with J. Hauser, G. Allenby, F.H. Murphy, J.S. Raju, and R. Staelin), Marketing Science, Vol. 24, No. 1, Winter 2005.

"Supply Chain Decision Making: Do Shorter Cycle Times and Shared Point of Sale Information Always Help?," (with S. Gupta and A. Banerji), Management Science, Vol. 50, No. 4, April 2004.

"Choice and the Internet: From Clickstream to Research Stream," (with R. Bucklin, J. Lattin, A. Ansari, S. Gupta, D. Bell, E. Coupey, J.D.C. Little, C. Mela, and A. Montgomery), Marketing Letters, Vol. 13, No. 3, Summer 2002.

"A Multiple Idea Point Model: Capturing Multiple Preference Effects from within an Ideal Point Framework," (with J. Lee and K. Sudhir), Journal of Marketing Research, Vol. 39, No. 1, February 2002.

"2001: A Marketing Odyssey," (with E. Brody), Vol. 20, No. 4, Marketing Science, Fall 2001.

"Consumer Strategies for Purchasing Assortments within a Single Product Class," (with Jack K.H. Lee), Journal of Retailing, Vol. 75, No. 3, Fall 1999.

"The Max-Min-Min Principle of Product Differentiation," (with A. Ansari and N. Economides), Journal of Regional Science, May 1998.

"Models of Dynamic Consumer Choice," (with R. Meyer, F. Feinberg, I. Gilboa, W. Hutchinson, A. Krishna, C. Mela, A. Pazgal, and D. Prelic), Marketing Letters, Vol. 7, No. 3, July 1997.

"Addendum to 'Cross Validating Regression Models in Marketing Research'," (with W. Vanhonacker), Marketing Science, Vol. 15, No. 1, 1996.

"Selecting, Evaluating, and Updating Prospects in Direct Mail Marketing," (with V. Rao), Journal of Direct Marketing, Vol. 9, No. 2, Spring 1995.

"A Cross-Cultural Analysis of Price Responses to Environmental Changes," (with V. Rao), Marketing Letters, Vol. 6, No. 1, January 1995.

"Cross Validating Regression Models in Marketing Research," (with W. Vanhonacker), Marketing Science, Vol. 12, No. 4, Fall 1993.

"Aggregation and Repeat Buying in Households," (with S. Gupta), Marketing Letters, Vol. 4, No. 4, October 1993.

"Roles in the NBA: There's Still Always Room for a Big Man... But it Has Changed" (with A. Ghosh), Interfaces, Vol. 23, No. 4, July-August 1993.

"Introduction to `Contributions of Panel and Point of Sale Data to Retailing Theory and Practice'," Journal of Retailing, Vol. 68, No.3, Fall 1992.

"The Relationship Between Operating Performance, Causal Attributions and Strategic Planning Activities" (with M.T. Curren and V.S. Folkes), Journal of Marketing, Vol. 56, No. 2, April 1992.

"Locally Rational Decision Making: The Distracting Relationship Between Information and Managerial Performance" (with R. Glazer and R. Winer), Management Science, Vol. 38, No. 2, February 1992.

"Prospects and Problems in Modelling Group Decisions" (with K.P. Corfman, D.J. Curry, S. Gupta, and J. Shanteau), Marketing Letters, Vol. 2, No. 3, July 1991.

"Microscale: A Stochastic Multidimensional Scaling Methodology for the Empirical Determination of Convex Indifference Curves in Consumer Preference/Choice Analysis" (with W.S. DeSarbo and K. Jedidi), Psychometrika, Vol. 56, No. 2, June 1991.

"A Polarization Model for Describing Group Preferences" (with V. Rao), Journal of Consumer Research, Vol. 18, No. 1, June 1991.

"Creating Conjoint Analysis Experimental Designs with Acceptable Stimuli" (with W.S. DeSarbo and V. Mahajan), Decision Sciences, Vol. 22, No. 2, Spring 1991.

"Longitudinal Patterns of Group Decisions: An Exploratory Analysis" (with K.P. Corfman and D.R. Lehmann), Multivariate Behavioral Research, Vol. 25, No. 3, July 1990.

"Investing in the Stock Market: Statistical Aggregation of Individual Judgment" (with N. Capon), Annals of Operations Research, Vol. 23, 1990.

"Judgmental Forecasts of Key Marketing Variables: Rational vs. Adaptive Expectations" (with R. Glazer and R. Winer), International Journal of Forecasting, Vol. 6, No. 3, July 1990.

"Committee Decision Making in Organizations: An Experimental Test of the Core," Decision Sciences, Vol. 21, No. 1, Winter 1990.

"Towards a New Method for Measuring Power: Applying Conjoint Analysis to Group Purchase Decisions" (with J. O'Shaughnessy), Marketing Letters, Vol. 1, No. 1, December 1989.

"The Formation and Use of Key Marketing Variable Expectations: Some Experimental Evidence" (with R. Glazer and R. Winer), <u>Marketing Science</u>, Vol. 8, No. 1, Winter 1989.

"A Heterogeneous Conditional Logit Model of Choice" (with W. Vanhonacker), <u>Journal of Business and Economic Statistics</u>, Vol. 6, No. 3, July 1988.

"Estimating Probabilistic Choice Models with Sparse Data: A Method with an Application to Groups" (with D.R. Lehmann and K. Corfman), <u>Psychological Bulletin</u>, Vol. 95, No. 1, January 1988.

"A Friction Model for Describing and Forecasting Price Movements" (with W.S. DeSarbo, V.R. Rao, Y.J. Wind and R. Colombo), <u>Marketing Science</u>, Vol. 6, No. 4, Fall 1987.

"Group Process and Decision Performance in a Simulated Marketing Environment" (with R. Glazer and R. Winer), <u>Journal of Business Research,</u> Vol. 15, No. 6, December 1987.

"Effective Advertising in Industrial Supplier Directories" (with D.R. Lehmann), <u>Industrial Marketing Management</u>, Vol. 15, No. 2, April 1985.


## Book Chapters

"Dynamic Decision Making in Marketing Channels", with S. Gupta, and A. Banerji), in <u>Experimental Business Research</u>, A. Rapoport and R. Zwick (eds.), Boston, MA: Kluwer Academic Publishers, 2002.


## Refereed Proceedings

"PIONEER: Decision Support for Industrial Product Planning" in <u>Efficiency and Effectiveness in Marketing</u>, Proceedings of the American Marketing Association Educator's Conference, Vol. 54, 1988, G.L. Frazier and C.A. Ingene, eds., Chicago.

"Mathematical Approaches to the Study of Power: A Critical Review" in <u>Advances in Consumer Research</u>, Vol. XII, 1985, E. Hirschman and M. Holbrook, eds., Provo, UT.

"On Obtaining Measures from Ranks" in <u>An Assessment of Marketing Thought and Practice</u>, Proceedings of the American Marketing Association Educator's Conference, Vol. 48, B.J. Walker, ed., 1982, Chicago.


## Other

"Forecasting Online Shopping," <u>Stern Business</u>, Fall/Winter 2000, pp. 22-27.

"Method to Their Madness," <u>The Industry Standard,</u> August 7, 2000.

Book review of <u>The Application of Regression Analysis</u> by D.R. Wittink, <u>Journal of Marketing Research</u>, Vol. 26, No. 4, November 1989.

Co-author (with many others) of The Statistics Problem Solver, Research and Education Association, New York, 1978.

## OTHER WORKING PAPERS

"Modeling Credit Card Share of Wallet: Solving the Incomplete Information Problem," (with Y. Chen),

"Assessing New Product Performance: The Stock Market as Crystal Ball," (with D. Markovich)

"Modeling New Product Preannouncements as a Signaling Game," (with H. Jung)

"On-Line Shopping: How Many Will Come and When Will they Get There?"

"Cost Benefit Rules in Consideration Set Formation," (with B. Buchanan and S. Sen).

"Group Decision Models in Marketing: Issues and Outlook."

"Using Attraction Models to Allocate Resources in a Competitive Environment."

"A Stochastic Model For Committee Evaluations of New Product Introductions."

"Consumer Cycle Marketing: A Behavioral Review with Strategic Implications," (with L.W. Norjean).

"On Blocking Coalitions and Models for the Combination of Individual Preference Orders."

## CONFERENCE PRESENTATIONS

"New Product Development: The Stock Market as Crystal Ball," (with D. Markovich), INFORMS Marketing Science Conference, Atlanta, GA., June 2005.

"Modeling Credit Card Usage Behavior: Where is my VISA and Should I Use It?," (with Y. Chen), INFORMS Marketing Science Conference, College Park, Md., June 2003.

"Using Capital Markets as Market Intelligence: Evidence from the Pharmaceutical Industry," (with D. Markovich and B. Yeung), INFORMS Marketing Science Conference, College Park, Md., June 2003.

"Using Capital Markets as Market Intelligence: Evidence from the Pharmaceutical Industry," (with D. Markovich and B. Yeung), Share Price Accuracy and Transition Economies Conference, U. of Mich. Law School, Ann Arbor, Mi., May 2003.

"Modeling Internet Site Visit Behavior," (with E. Bradlow and O. Sak), Joint Statistical Meetings, Indianapolis, August 2000.

"Consumer Strategies for Purchasing Assortments within a Single Product Class," (with Jack K.H. Lee), INFORMS Fall Conference, Philadelphia, November 1999.

"When Do Purchase Intentions Predict Sales?" (with V. Morwitz and A. Gupta), AMA Advanced Research Techniques Forum, Santa Fe, NM, June 1999.

"Modeling New Product Preannouncements as a Signaling Game," (with H. Jung), University of Mainz Conference on Competition in Marketing, Germany, June 1999.

"A Multiple Idea Point Model: Capturing Multiple Preference Effects from within an Ideal Point Framework," (with J. Lee), Joint Statistical Meetings, Dallas, TX, Aug. 1998.

"Modeling New Product Preannouncements as a Signaling Game," (with H. Jung), INFORMS Marketing Science Conference, Fontainbleau, France, July 1998.

"Dynamic Decision-Making in Marketing Channels: Traditional Systems, Quick Response, and POS Information," (with S. Gupta and A. Banerji), NYU Conference on Managerial Cognition, May 1998.

"When Do Purchase Intentions Predict Sales?" (with V. Morwitz and A. Gupta), INFORMS International Meetings, Barcelona, July 1997.

"Mental Models in Competitive Decision Making: A Blessing and A Curse," Conference on Competitive Decision Making, Charleston, SC, June 1997.

"When Do Purchase Intentions Predict Sales?" (with V. Morwitz and A. Gupta), INFORMS Marketing Science Conference, Berkeley, March 1997.

"Model Adequacy versus Model Comparison: Is the 'Best' Model Any 'Good'?, " (with A. Ansari and P. Manchanda), INFORMS Marketing Science Conference, Berkeley, March 1997.

"Dynamic Decision-Making in Marketing Channels: Traditional Systems, Quick Response, and POS Information," (with S. Gupta and A. Banerji), First Conference in Retailing and Service Sciences, Banff, 1994.

"Dynamic Decision-Making in Marketing Channels: Traditional Systems, Quick Response, and POS Information," (with S. Gupta and A. Banerji), Behavioral Decision Research in Management Conference, Boston, 1994.

"Modeling Consideration Set Formation: The Role of Uncertainty," (with B. Buchanan and S. Sen), TIMS Marketing Science Conference, Tuscon, 1994.

"A Cross-Cultural Analysis of Price Conjectures to Environmental Changes," (with V. Rao), TIMS Marketing Science Conference, St. Louis, 1993.

"Decision-Making in a Dynamic Distribution Channel Environment," (with S. Gupta and A. Banerji), TIMS Marketing Science Conference, St. Louis, 1993.

"Cross Validating Regression Models in Marketing Research," (with W. Vanhonacker), TIMS Marketing Science Conference, London, 1992.

"The Influence of Stock Price on Marketing Strategy," (with D. Gautschi and D. Sabavala), TIMS Marketing Science Conference, Wilmington, DE, 1991.

"A Polarization Model for Describing Group Preferences" (with V. Rao), ORSA/TIMS National Fall Meetings, Philadelphia, 1990.

"A Polarization Model for Describing Group Preference," (with V. Rao), Behavioral Decision Research in Management Conference, Philadelphia, 1990.

"Conflict Resolution and Repeat Buying" (with S. Gupta), TIMS Marketing Science Conference, Champaign, Ill., 1990.

"Variety Seeking at the Group Level" (with S. Gupta), Association for Consumer Research Fall Meetings, New Orleans, 1989.

"On Using Attraction Models to Allocate Resources in a Competitive Environment," TIMS Marketing Science Conference, Durham, NC, 1989.

"Multidimensional Scaling with Convex Preferences" (with W.S. DeSarbo), ORSA/TIMS National Fall Meetings, St. Louis, 1987.

"A Social Comparison Model for Describing Group Preference Evaluations" (with V. Rao), TIMS Marketing Science Conference, Jouy-en-Josas, France, 1987.

"The Day the Earth Stood Still," Association for Consumer Research Fall Meetings, Toronto, 1986.

"A Friction Model For Describing and Forecasting Price Movements" (with W. DeSarbo, V. Rao, Y. Wind, and R. Colombo), ORSA/TIMS National Fall Meetings, Miami Beach, 1986.

"An Eigenvalue Method for Measuring Consumer Preferences" (with E. Greenleaf and R. Stinerock), TIMS Marketing Science Conference, Dallas, 1986.

"Creating Conjoint Analysis Experimental Designs without Infeasible Stimuli" (with W. DeSarbo and V. Mahajan), TIMS Marketing Science Conference, Dallas, 1986.

"The Mediating Role of Information in Marketing Managers' Decisions" (with R. Glazer and R. Winer), TIMS Marketing Science Conference, Dallas, 1986.

"Incorporating Interdependencies of Utility Functions into Models of Bargaining" (with S. Gupta), ORSA/TIMS National Fall Meetings, Atlanta, 1985.

"The Formation of Key Marketing Variable Expectations" (with R. Glazer and R. Winer), ORSA/TIMS National Fall Meetings, Atlanta, 1985.

"Does the Nash Equilibrium Really Describe Competitive Behavior?: The Case of Cigarette Advertising," TIMS Marketing Science Conference, Nashville, 1985.

"A Heterogeneous Conditional Logit Model of Choice" (with W. Vanhonacker), ORSA/TIMS National Fall Meetings, Dallas, 1984.

"Using a 'Robust' Response Function to Allocate Resources in a Competitive Environment," TIMS Marketing Science Conference, Chicago, 1984.

"Longitudinal Models of Group Choice Behavior," (with D. Lehmann and K. Corfman), ORSA/TIMS National Fall Meetings, Orlando, 1983.

"Considerations of Optimal Design of New Task Industrial Products," ORSA/TIMS National Fall Meetings, San Diego, 1982.

"Game Theoretic Choice Models in Organizational Buying Behavior," TIMS Special Interest Conference in Marketing Measurement and Analysis, Philadelphia, 1982.

## OTHER RESEARCH IN PROGRESS

Loss Aversion – Are Professional Tennis Players too Careful with the Second Serve? (with L. Nelson and S. Yang)

Modeling the Impact of Banner Ads (with R. Winer)

Modeling Credit Card Share of Wallet (with Y. Chen)

Modeling the Tradeoffs between Marketing Research and Flexible Manufacturing.

Modeling the Strategic Use of List Rentals (with D. Schmittlein)

## INVITED SEMINARS

| | |
|---|---|
| Columbia University | Spring 1991, Summer 1994 |
| Cornell University | Fall 1983, Spring 1989 |
| Georgetown University | Fall 2006 |
| Pennsylvania State University | Fall 1996, Fall 2006 |
| Rutgers University | Spring 1994 |
| Temple University | Fall 1995 |
| University of California, Berkeley | Spring 1990 |
| University of California, Los Angeles | Spring 1985, Spring 1996 |
| University of California, San Diego | Fall 2003 |
| University of Florida | Spring 1992 |
| University of Mainz, Germany | Summer 1998 |
| University of Michigan | Spring 1993 |
| University of Pennsylvania | Spring 1992, Spring 1995, Spring 1998 |
| University of Southern California | Spring 1987 |
| Washington University, St. Louis | Spring 2003 |

## EDITORIAL SERVICE

### Editorships

Guest editor, special section of <u>Marketing Science</u> on the history of marketing science theory and practice, 2001.

Consulting editor in marketing, Addison-Wesley Longman Academic Publishers, Boston, MA, 1993-1999.

Guest editor, special issue of <u>Journal of Retailing</u> on the use of panel and point of sale data, 1992.

### Other

Member of Editorial Boards, <u>Marketing Science</u>, <u>Marketing Letters</u>, <u>Review of Marketing Science</u>, <u>Journal of Retailing</u>.

Have served as ad-hoc referee for <u>Journal of Marketing</u>, <u>Journal of Marketing Research</u>, <u>Management Science</u>, <u>Journal of Consumer Research</u>, <u>Journal of Retailing and Consumer Services</u>, <u>Manufacturing and Service Operations Management</u>, <u>Decision Sciences</u>, <u>Journal of Business and Economic Statistics</u>, <u>Journal of Econometrics</u>, <u>Strategic Information Systems</u>, <u>Corporate Reputation Review</u>, and <u>Journal of Business Research</u>.

## SERVICE

### Dissertation Committees Chaired

| | |
|---|---|
| Joseph Pancras (co-chair) | (Marketing - New York University) |
| Sergio Meza (co-chair) | (Marketing – New York University) |
| Dmitri Markovich | (Marketing – New York University) |
| Heonsoo Jung | (Marketing - New York University) |
| Jack Lee | (Marketing - New York University) |
| Asim Ansari (co-chair) | (Marketing - New York University) |
| Shahana Sen (co-chair) | (Marketing - New York University) |

### Dissertation Committees Served on

| | |
|---|---|
| Kei-Wei Huang | (Information Systems – New York University) |
| Sherrif Nassir | (Marketing – New York University) |
| Jane Gu | (Marketing – New York University) |
| Orkun Sak | (Marketing – University of Pennsylvania) |
| Atanu Sinha | (Marketing - New York University) |

| Louis Choi | (Marketing - Columbia University) |
| Sunder Narayanan | (Marketing - Columbia University) |
| Carol Rhodes | (Ed. Psych. - Columbia University) |
| Rita Wheat | (Marketing - Columbia University) |
| Robert Stinerock | (Marketing - Columbia University) |
| Bruce Buchanan | (Business Economics - Columbia University) |
| Chen Young Chang | (Marketing - University of Pennsylvania) |

## Other Discipline Related Service

Chairperson, Marketing Committee, INFORMS, January 2006 – Present.

Past President, INFORMS Society on Marketing Science, January 2004 – December 2005.

Founding President, INFORMS Society on Marketing Science, January 2003 – December 2003.

President, INFORMS College on Marketing, January 2002 – December 2002.

President Elect, INFORMS College on Marketing, January 2000- December 2001.

Secretary-Treasurer, INFORMS College on Marketing, January 1998-December 1999.

Association of Consumer Research, Annual Program Committee, 1999.

Co-Organizer of 1996 Conference on Consumer Choice and Decision Making, Arden House, Harriman, New York, June 1996.

Organized Marketing Sessions at Fall 1989 TIMS/ORSA Joint National Meetings, New York, October 1989.

## Other University Related Service

Faculty Director, NYU Stern Doctoral Programs, May 2007 – Present.

Chair, Statistical and Quantiative Reasoning Task Force, Stern School of Business, September 2005 - Present.

Member, Specialization Committee, Stern School of Business, September 2004 - Present.

Member, PhD Oversight Committee, Stern School of Business, January 2006 – April 2007.

Member, Executive Committee, Digital Economy Initiative, Stern School of Business, January 2000 - Present.

Member, Board of Directors, Center for Information Intensive Organizations, Stern School of Business, September 1998 – December 1999.

Member of MBA Committee, Stern School of Business, New York University, 1989-December 1998. Committee was responsible for supervising redesign of MBA programs in 1991 and 1995, Chairman September 1997-August 1998.

Member of Stern MBA Curriculum Review Committee, September 1997-December 1998. Committee redesigned MBA Core.

Member of Stern School Committee on Improving Consulting Activities, July 1998-December, 1998.

Member of Building Committee, Stern School of Business, New York University, 1990-1992.

Member of Research Committee, Stern School of Business, New York University, 1990-91.

Elected member of Columbia University Senate. Served on Budget Review and Alumni Relations Committees, 1986-1988.

## AWARDS

Awarded the J. Parker Bursk Memorial Prize as the outstanding student participating in the Department of Statistics, University of Pennsylvania, 1979.

Dissertation was awarded Honorable Mention in the 1982 American Marketing Association Dissertation Competition.

Dissertation was named Winner of the 1983 Academy of Marketing Science Dissertation Competition.

Invited speaker at the J. Parker Bursk Memorial Prize Luncheon, Department of Statistics, University of Pennsylvania, 1992.

Invited speaker at American Marketing Association Doctoral Consortium, University of Southern California, 1999.

Cited for outstanding editorial support, Fordham University Pricing Center, September 2002.

Named one of the inaugural winners of the Best Reviewer Award for the *Journal of Retailing,* 2003.

## SELECTED CONSULTING AND OTHER PROFESSIONAL ACTIVITIES

Albert Elovitz, Inc., New York, NY. Served as litigation expert witness on survey research in *The City of New York v. Albert Elovitz, Inc.* (Deposed June 2005; United States District Court, Case No. 04 CV 02787 (DC) Southern District of New York).

AOL MovieFone, Inc., New York, NY. Performed general consulting on analyzing caller data for telephone movie information service; Consulted as expert in conjunction with damage assessment in legal proceedings.

AT&T. Expert services in legal matter involving customer communication and survey methodology (Testified at trial, November 2001 – United States District Court – Northern District of California, *Ting vs. ATT*, Case No. C-01-2969-BZ).

Avon Products Foundation, New York, NY. Served as expert witness on marketing strategy, research, and branding issues (Testified in Arbitration November, December 2003, *Palotta Teamworks v. Avon Products Foundation, Inc.* Case No. 1420011424 (JAMS New York).

Citicorp, New York, NY. Built choice model for bank services.   Gave lectures on Marketing Strategy to CitiCards executives.

Constantine & Partners, New York, NY. Served as expert witness on branding issues in antitrust matter *Wal Mart et al v. Visa and Mastercard.* (Deposed May 2000; United States District Court, Case No. CV-96-5238, Eastern District of New York). *Funeral Consumers Alliance, Inc., et. al. v. Service Corporation International, et. al..*, Civil Action No. 4:05-CV-03394, (Deposed August 2007, United States District Court Southern District of Texas, Houston Division).

CooperVision, Rochester, NY. Served as expert witness on branding issues in *Dioptics Medical Products, Inc. vs. The Cooper Companies, Inc., Coopervision, Inc., A. Thomas Bender*, (Deposed September 2002, United States District Court, Northern District of California, San Jose Division, No. C01-20356 JW).

Directions for Decisions, Inc., New York, NY and Jersey City, NJ. Consulted on segmentation study of sports apparel market, designed and implemented "Construction Test", a concept design decision tool. Performed general consulting on marketing research practice on an ongoing basis.

Dyson Technology Limited and Dyson Inc., Chicago, ILL. Served as expert witness on forecasting and general marketing issues in false advertising in *Dyson Technology Limited and Dyson Inc. vs. Maytag Corporation*, (Deposed February 2007, United States District Court, Deleware, Civil Action No. 05-434-GMS).

eComplaints.com, New York, NY. Member board of advisors.

Federal Trade Commission, Washington, D.C. Served as consultant on branding strategies in antitrust investigation.

Gerber Products, Inc., Freemont, MI. Served as expert witness on statistical analyses of market response. Reviewed damages analysis. Testified.

Gibson Piano Ventures, Inc., Nashville, TN. Served as expert witness on survey research in *The Estate of Mercer K. Ellington v. Gibson Piano Ventures, Inc., Baldwin Piano, Inc., Ellington Pianos, et. al.*, (Deposed June 2005; United States District Court, Case No. 1:03-CV-0804DFH-WTL, Southern District of Indiana).

GMT Corporation, Tennafly, NJ, Served as expert witness on forecasting and branding issues in *Quiksilver, Inc. v. GMT Corporation,* (Deposed, March 2003, United States District Court, Case No. SACV 02-148 DOC, Central District of California).

J.C. Penney Co., New York, NY.  Performed sales-advertising response analysis.  Work was done on request for Management Decision Systems, Inc., Weston, MA.

Jafora-Tabori, Israel.  Served as expert witness on damages in contract dispute, *Laish, Ltd. v. Jafora-Tabori, Ltd.,* (Deposed, February 2004, United States District Court, Case No. CV 02322, Eastern District of New York).

K-Swiss, Westlake Village, CA.  Served as survey expert in trademark Act matter, *K –Swiss v. Payless Shoesource, Inc.,* (Deposed May 2006, United States District Court, Case No. CV04-0779 RJK (RCx), Central District of California, Western Division).

Lincolnshire Management, Inc., New York, NY.  Served as expert witness on direct marketing in litigation, *CSI Investment Partners, L.P. et. al. v. Cendant Corporation, et al.* (Deposed July 2006, United States District Court, Case No. 00 Civ. 1422 (DAB), Southern District of New York).

Microsoft, Inc., Redmond, Washington.  Served as expert witness on survey research in Patent matter.

Monster Cable Products, Brisbane, CA.  Served as expert witness in trademark dispute *Monster Cable Products, Inc. v. Discovery Communications, Inc.,* (Deposed August 2004, Testified at trial December 2003, United States District Court, Case No. 03-CV-3250 (WHA), Northern District of California)

The Open Center, New York, NY.  Consulted on marketing strategy and direct marketing practices.

Pfizer Pharmaceuticals, New York, NY.  Conducted seminar on conjoint analysis.

Playtex Products, Inc., Delaware.  Served as expert witness in Lanham Act matter, *Playtex Products, Inc. v. Procter & Gamble Company,* (Deposed April 2003, Testified at trial May 2003, United States District Court, Case No. 02 Civ. 8046 (WHP) Southern District of New York).

Playtex Products, Inc., Delaware.  Served as expert witness in trademark matter, *Playtex Products, Inc. v. Georgia Pacific Company and Ft. James Holding Co.,* (Deposed June 2003, United States District Court, Case No. 02 Civ. 7848 (HB) Southern District of New York).

Union Carbide Corp., Danbury, CT. Built econometric system for price forecasting.

Warnaco, Inc., New York, NY.  Served as expert witness on apparel branding and retail placement.  (Deposed, December 2000, *Calvin Klein Trademark Trust and Calvin Klein, Inc. v. Linda Wachner, et. al.*, United States District Court, Case No. CV-00-4052, Southern District of New York).

Wyoming West Designs, LLC, Jackson, Wyoming.  Served as survey expert in Lanham Act matter.  (Deposed November 2004, United States District Court, Case No. Civ.-F03-5280 AWIDLB, Eastern District of California).

## MEMBERSHIPS

American Marketing Association

American Statistical Association

Association for Consumer Research

The Institute for Operations Research and Management Science (INFORMS)

International Trademark Association

Society for Consumer Psychology

American Association for Public Opinion Research

## *EXHIBIT B – TESTIMONY FROM THE PRIOR FOUR YEARS*

### Depositions

Laish, Ltd. v. Jafora-Tabori, Ltd., Case No. CV 02 1322 (ILG) (MDG) (E.D.N.Y.);

Monster Cable Products v. Discovery Communications, Inc., Case No. 03-3250 (WHA), (N.D. of California);

Rodeo Cold Marketing Company and Wyoming West Designs LLC v. Coors Brewing Company, Case No. Civ-F-03-5280 AWIDLB (E.D. of California);

The Estate of Mercer K. Ellington v. Gibson Piano Ventures, Inc., Baldwin Piano, Inc., Ellington Pianos, *et. al.*, Case No. 1:03-CV-0804DFH-WTL (S.D. of Indiana);

The City of New York v. Albert Elovitz, Inc. Case No. 04 CV 02787 (DC) (S.D.N.Y.);

K-Swiss v. Payless Shoesource, Inc., Case No. CV04-0779 RJK (RCx), (Central District of California, Western Division);

CSI Investment Partners, L.P., et al. v Cendant Corporation, et al. Case No. 00 Civ. 1422 (DAB), (S.D.N.Y);

Dyson Technology Limited and Dyson, Inc. v. Maytag Corporation, Civil Action No.: 05-434-GMS, United States District Court (Delaware);

Monster Daddy, LLC. v. Monster Cable Products, Inc., Civil Action No. 6:06-CV-000293, United States District Court (South Carolina, Greenville Division);

Funeral Consumers Alliance, Inc., et. al. v. Service Corporation International, et. al., Civil Action No. 4:05-CV-03394, United States District Court (Southern District of Texas, Houston Division).

Citizens Banking Corporation v. Citizens Financial Group, Inc., et. al.,  Case No. 2-07-cv-11514, United States District Court (Eastern District of Michigan, Southern Division).

### Trial

Monster Cable Products v. Discovery Communications, Inc., Case No. 03-3250 (WHA), (N.D. of California);

### Arbitration

*Palotta Teamworks v. Avon Products Foundation, Inc.* Case No. 1420011424 (JAMS New York.

*__EXHIBIT C – MATERIAL USED TO CREATE CONTROL STIMULUS__*





## Italian B.M.T.® An old-world favorite. Sliced Genoa salami, pepperoni and ham and your choice of fresh vegetables and condiments served on freshly baked bread.

---

Picture and description taken from the following URL:

*http://www.subway.com/applications/menu/frmMenuPanel.aspx?menuId=2&countryCode=USA&languageCode=ENG*

### EXHIBIT D – NUMBER OF COMPLETES PER FIELD LOCATION

| Census Region | Field Site City | Number of Completes | Distance from field site to closest Subway store | Distance from field site to closest Quiznos store |
|---|---|---|---|---|
| Northeast: New England | Taunton, MA | 43 | 2.7 miles | 6 miles |
| Northeast: MidAtlantic | Rochester, NY | 49 | Within mall | Within mall |
| South: East South Central | Antioch, TN | 47 | Within mall | Within mall |
| South: South Atlantic | Concord, NC | 50 | 0.6 miles | 0.6 miles |
| Midwest: West North Central | St. Louis, MO | 50 | 0.1 miles | 0.4 miles |
| Midwest: East North Central | Vernon Hills, IL | 48 | Within mall | 0.5 miles |
| West: West South Central | San Antonio, TX | 48 | 0.1 miles | 0.5 miles |
| West: Mountain | Lakewood, CO | 49 | 1.8 miles | 0.2 miles |
| West: Pacific | San Fran, CA | 46 | 1.3 miles | 0.8 miles |
| TOTAL | | 430 | | |

## *EXHIBIT E – RECRUITING SCREENER*

### SCREENER – Sandwich Study

NAME:_____

RECRUITER:_____
___

INTERVIEWER:_____
___

INTERVIEW DAY/DATE:_____

LOCATION: _____

INTERVIEW TIME BEGIN:_____    INTERVIEW TIME END:_____

---

## *APPROACH MALES AND FEMALES WHO APPEAR TO BE 18 YEARS OLD OR OLDER*

*Spoke to.....but initial refusal before Q.S1, circle below*

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |

*Language/hearing difficulty (including reading)*

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |

### INTRODUCTION

Hello, I'm _____ from _____, a market research company here in _____.

We're conducting a short survey today.  May I ask you a few quick questions?

- S1. First of all, which of the following categories best represents your age?  **READ LIST AND CIRCLE ONE CODE ONLY.**

| Under 18 | 1 | *TERMINATE WITH THANKS* |
|----------|---|-------------------------|
| 18 – 25 | 2 | **CONTINUE; WATCH QUOTAS** |

| 26 – 34 | 3 | |
|---|---|---|
| 35 – 44 | 4 | |
| 45 - 54 | 5 | |
| 55+ | 6 | |

**Not 18 or older**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |

**Refused but obviously over 18**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |

**Over quota age**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |

S2.     **RECORD GENDER, DO NOT ASK.**

| Male | 1 | *CONTINUE; WATCH QUOTAS* |
|---|---|---|
| Female | 2 | CONTINUE; WATCH QUOTAS |

**Over quota gender**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |

S3.    *Are you or any members of your household employed in any of the following industries?*
**READ LIST AND CIRCLE ALL THAT APPLY.**

| An advertising agency | 1 | *TERMINATE WITH THANKS* |
|---|---|---|
| A market research firm | 2 | |
| A fast food restaurant | 3 | |
| None of these | 5 | CONTINUE |

**Employment conflict**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |

S4.     *Do you work in a store or restaurant that is located in this mall?*

| Yes | 1 | *TERMINATE WITH THANKS* |
|-----|---|---------|
| No | 2 | CONTINUE |

**Works in the mall**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |

S6.     Do you use glasses for reading? If so, do you have them with you?  **CIRCLE ONE CODE BELOW.**

| Yes, I have my glasses | 1 | *CONTINUE TO INVITATION* |
|-----|---|---------|
| No, I do not use glasses | 2 | CONTINUE TO INVITATION |
| Yes....but does not have them | 3 | TERMINATE WITH THANKS |

**Does not have reading glasses with them**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |

S7.     Do you ever eat at sandwich shops or fast food restaurants that specialize in subs and/or sandwiches?

| Yes | 1 | **CONTINUE** |
|-----|---|---------|
| No | 2 | **THANK AND TERMINATE** |

**Does not eat at sub shops or fast food restaurants specializing in subs**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |

S8.     Do you plan on visiting a sub shop or fast food restaurant specializing in subs in the next month?
**CIRCLE ONE ANSWER**

| Yes | 1 | **CONTINUE** |
|-----|---|---------|
| No | 2 | **THANK AND TERMINATE** |

**Does not have plan to visit**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |

**INVITATION**

**READ:** I would like to invite you to our office right here in the mall to participate in a brief market research study about fast food restaurants.  The interview will take 5 minutes or so of your time and you will receive $5 in cash for your participation.   Can you help us today?

| YES | | 1 | *CONTINUE* |
|-----|---|---|---|
| NO | | 2 | TERMINATE WITH THANKS |

*Qualified, but refused invitation*

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |

**READ:**  A <u>validation</u> service located in Framingham, MA called National Field and Focus will be recontacting you by telephone in just a few days to verify that this interview took place. May I have your full name  and a phone number where you can be reached?   That phone call will take less than 30 seconds of your time.  *AND, if we are able to reach you and validate that you participated*, your name will be entered into a lottery for 2 chances to win an additional $100.00.  If you win one of the two cash prizes of $100.00 we will then call you again to obtain your address in order to mail you a check.

*Refused name, phone number*

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|

*Record any midway terminates here*

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|

## *EXHIBIT F – QUESTIONNAIRES*

## *TEST QUESTIONNAIRE*

RESP # _____

## SANDWICH INTERVIEW

INTERVIEWER:_____     LOCATION:_____     DATE:_____

READ: I'm going to show you the same commercial twice. I'd like you to watch it as you would if you were watching a commercial at home. Then I'm going to ask you some questions about it. Please try to answer all questions to the best of your ability. We are interested in <u>your</u> reactions. There are no right or wrong answers. If you do not know the answer to a question or are unsure about your answer, please say so. Please do not guess.

SHOW TV COMMERCIAL TWICE

1.  What is the main message, if any, of the commercial you just saw?
    PROBE WITH "WHAT ELSE" UNTIL NO RESPONSE. RECORD VERBATIM BELOW.

2.  How often would you say that you eat at sub shops?
    PROBE WITH "WHAT ELSE" UNTIL NO RESPONSE. RECORD VERBATIM BELOW.

3.  What are you most likely to order when you visit a sub shop?
    PROBE WITH "WHAT ELSE" UNTIL NO RESPONSE. RECORD VERBATIM BELOW.

4.  Based on the commercial you just saw and your knowledge of fast food, what would you expect to pay for a Subway Italian BMT sub?

    RECORD PRICE:_____

    4b. Why do you say that? PROBE WITH "WHAT ELSE" UNTIL NO RESPONSE. RECORD VERBATIM BELOW.

5.  Based on the commercial you just saw and your knowledge of fast food, how likely are you to visit a Subway store on a scale of 1 to 10 where 1 equals not at all likely and 10 equals extremely likely?

    CIRCLE ONE:   1   2   3   4   5   6   7   8   9   10

    5b. Why do you say that? PROBE WITH "WHAT ELSE" UNTIL NO RESPONSE. RECORD VERBATIM BELOW.

6.  Based on the commercial you just saw and your knowledge of fast food, how likely are you to buy a Subway Italian BMT sub, on a scale of 1 to 10 where 1 equals not at all likely and 10 equals extremely likely?

    CIRCLE ONE:   1   2   3   4   5   6   7   8   9   10

    6b. Why do you say that? PROBE WITH "WHAT ELSE" UNTIL NO RESPONSE. RECORD VERBATIM BELOW.

7.  Based on the commercial you just saw and your knowledge of fast food, what would you expect to pay for a Quiznos Ultimate Italian sub?

    RECORD PRICE:_____

    7b. Why do you say that? PROBE WITH "WHAT ELSE" UNTIL NO RESPONSE. RECORD VERBATIM BELOW.

8.  Based on the commercial you just saw and your knowledge of fast food, how likely are you to visit a Quiznos store on a scale of 1 to 10 where 1 equals not at all likely and 10 equals extremely likely?

    CIRCLE ONE:   1   2   3   4   5   6   7   8   9   10

    8b. Why do you say that? PROBE WITH "WHAT ELSE" UNTIL NO RESPONSE. RECORD VERBATIM BELOW.

9.  Based on the commercial you just saw and your knowledge of fast food, how likely are you to buy a Quiznos Ultimate Italian sub, on a scale of 1 to 10 where 1 equals not at all likely and 10 equals extremely likely?

    CIRCLE ONE:   1   2   3   4   5   6   7   8   9   10

    9b. Why do you say that? PROBE WITH "WHAT ELSE" UNTIL NO RESPONSE. RECORD VERBATIM BELOW.

GO TO NEXT PAGE NOW TO RECORD PHONE NUMBER
AND NAME OF RESPONDENT

Resp. #_____

PHONE NUMBER:_____

RESPONDENT NAME:_____

READ: Thank you for taking the time to talk with us today. Here is $5 cash as a gesture of our thanks.

NOW, ASK EACH RESPONDENT TO SIGN THIS PAGE (BELOW) INDICATING/ACKNOWLEDGING RECEIPT OF $5 AND THAT THEY PARTICIPATED IN THE SURVEY

## RESPONDENT:

I acknowledge receipt of $5 for participating in a Market Research Survey conducted in _____ during which time I was shown a TV commercial and asked a series of questions.

SIGNATURE:_____

DATE:_____

_____

## INTERVIEWER:

By signing below I am attesting to the fact that the information contained in the screener and questionnaire is an accurate record of this respondent's answers/comments. I also certify that the respondent is not personally known to me. I agree to provide this affidavit under oath, immediately upon request.

SIGNATURE:_____

DATE:_____

_____

## VALIDATION SERVICE

| GENDER | AGE | ATTEMPTS | | | | | | RESULT |
|--------|-----|----------|---|---|---|---|---|--------|
|        |     |          |   |   |   |   |   |        |

# *CONTROL QUESTIONNAIRE*

RESP # _____

## SANDWICH INTERVIEW

INTERVIEWER:_____  LOCATION:_____  DATE:_____

READ: I'm going to show you an ad for a sandwich. I'd like you to take a look at it, and then I will ask you some questions about it. Please try to answer all questions to the best of your ability.  We are interested in your reactions. There are no right or wrong answers. If you do not know the answer to a question or are unsure about your answer, please say so. Please do not guess.

HAND SANDWICH AD  TO THE RESPONDENT. ALLOW THE RESPONDENT TO LOOK AT IT. TAKE BACK WHEN DONE AND REMOVE IT FROM RESPONDENT'S VIEW.

1.  What is the main message, if any, of the ad you just saw?
    PROBE WITH "WHAT ELSE" UNTIL NO RESPONSE. RECORD VERBATIM BELOW.

2.  How often would you say that you eat at sub shops?
    PROBE WITH "WHAT ELSE" UNTIL NO RESPONSE. RECORD VERBATIM BELOW.

3.  What are you most likely to order when you visit a sub shop?
    PROBE WITH "WHAT ELSE" UNTIL NO RESPONSE. RECORD VERBATIM BELOW.

4.  Based on the ad you just saw and your knowledge of fast food, what would you expect to pay for the Subway Italian BMT sub, in a 6-inch size?

RECORD PRICE:_____

    4b. Why do you say that? PROBE WITH "WHAT ELSE" UNTIL NO RESPONSE. RECORD VERBATIM BELOW.


5.  Based on the information you just saw and your knowledge of fast food , how likely are you to visit a Subway store on a scale of 1 to 10 where 1 equals not at all likely and 10 equals extremely likely?

CIRCLE ONE:   1   2   3   4   5   6   7   8   9   10

5b. Why do you say that? PROBE WITH "WHAT ELSE" UNTIL NO RESPONSE. RECORD VERBATIM BELOW.


6.  Based on the information you just saw and your knowledge of fast food, how likely are you to buy a Subway Italian BMT sub, on a scale of 1 to 10 where 1 equals not at all likely and 10 equals extremely likely?

CIRCLE ONE:   1   2   3   4   5   6   7   8   9   10

    6b. Why do you say that? PROBE WITH "WHAT ELSE" UNTIL NO RESPONSE. RECORD VERBATIM BELOW.


**GO TO NEXT PAGE NOW TO RECORD PHONE NUMBER
AND NAME OF RESPONDENT**

## *EXHIBIT G – RESPONSE STATISTICS*

| | |
|---|---|
| Initial refusals | 577 |
| Language difficulty | 29 |
| **Total respondents screened (A)** | **913** |
| **Total not qualified (B)** | **463** |
| Not 18 or older | 71 |
| Refused but obviously over 18 | 20 |
| Over Quota Age | 25 |
| Over quota Gender | 0 |
| Employment conflict | 41 |
| Works in the mall | 68 |
| Does not have reading glasses with them | 7 |
| Does not eat at sub shops or fast food restauarants specializing in subs | 132 |
| Will not visit in next month | 92 |
| Refused name, phone number | 7 |
| **Qualified but refused to be interviewed (C)** | **20** |
| **Midway or other Terminates (D)** | **0** |
| **Completed Interviews (E)** | **430** |
| | |
| **Qualification Rate:  (C+E) / (A)** | **49%** |
| Total qualified respondents (C+E) | 450 |
| Total respondents screened (A) | 913 |
| | |
| **Completion Rate:  E / (C+E)** | **96%** |
| Total completed interviews (E) | 430 |
| Total qualified respondents (C+E) | 450 |