# Exhibit

# 3

**7/7/2008  Steckel, Ph.D., Joel H.**

```
     00001
 1
 2
 3                   UNITED STATES DISTRICT COURT
 4                    DISTRICT OF CONNECTICUT
 5          -----------------------------------------
            DOCTOR'S ASSOCIATES, INC.,
 6
                               Plaintiff,
 7
 8                    v.      Civil Action No.
 9          3:06-cv-01710(VLB)
10
11          QIP HOLDER, LLC, and IFILM CORP.,
12
13                          Defendants.
            -----------------------------------------
14
15
16
17
18              DEPOSITION OF JOEL H. STECKEL, Ph.D.
19                     Monday, July 7, 2008
20                          9:00 a.m.
21
22
23          Reported by:
24          Mary Goff, Professional Reporter
25          JOB NO. 204041AMG
```

```
 1                    Steckel, Ph.D.
 2      fast food, what would you expect to pay for a
 3      Subway Italian BMT sub?
 4                    How do you know that the respondent
 5      even noticed the Subway Italian BMT sub in the
 6      commercial when they watched it?
 7           A    It would be kind of hard to miss,
 8      wouldn't it?
 9           Q    Well, are you an expert in marketing
10      research?
11           A    Yes.
12           Q    Okay.  Is it your expectation that
13      100 percent of the people who watch a
14      commercial pick up each of the elements of the
15      commercial?
16           A    No.
17           Q    And is it your testimony that
18      sometimes people miss things like a reference
19      to a Subway Italian BMT in a commercial?
20           A    This commercial -- this -- this --
21      this sandwich was just so much of a main
22      feature, the front and center of the
23      commercial.
24                    I am willing to -- to -- to believe
25      that the vast majority of people who were
```

1                Steckel, Ph.D.

2    awake during the interview were aware that

3    there was a Subway Italian sub.  Whether they

4    would remember it was the BMT or not, I don't

5    know.  But I -- I -- I find it hard to believe

6    that people wouldn't understand what that

7    question meant.  And debriefing off our pilot

8    tests showed that they did.

9         Q    Okay.  Now, you asked these people a

10   question about what you would expect to pay

11   for a Subway Italian BMT sub after watching

12   the commercial.  Without ever having asked

13   them whether or not they even perceived

14   whether price was an implicit message or an

15   explicit message of the commercial; is that

16   right?

17        A    That's correct.  Well, no.  Wait a

18   minute.  No.  Let's be careful here, because

19   this is a critical point.  You know, I -- I

20   did not ask -- well, by -- I -- there's no

21   question preceding this that asks whether

22   price is part of the message of the

23   commercial, if that's what -- what you want

24   to establish.

25        Q    Was it necessary for somebody to

```
1                    Steckel, Ph.D.
2     mention price in an answer to an open-ended
3     question before Question 4, to be asked
4     Question 4?
5          A    No.   That that has to be one of the
6     more strange criticisms that I saw of this
7     study in Dr. Wind's report.  No, it's
8     absolutely not necessary.
9          Q    You call that a strange criticism?
10         A    I call it strange.
11         Q    You think it's strange that if
12    nobody picked up a price message from the
13    commercial, whether it was either explicitly
14    or implicitly conveyed that it's fair to ask
15    them questions specifically related to the
16    price of the product?
17         A    That's not what I said.
18         Q    Okay.
19         A    I mean, the question -- the
20    question that you are asking, I think -- I
21    think has -- has an obvious answer.  I think
22    that --
23         Q    And that obvious answer is what?
24         A    Well, let's repeat the question --
25    you know, repeat the question.  I don't want
```

```
 1                Steckel, Ph.D.
 2     to -- I don't want to put something on the
 3     record that isn't carefully thought out.
 4              (The question was read back.)
 5        A    Yeah.  I believe that people did
 6     pick up a price message from the commercial.
 7        Q    (BY MR. ROTHSTEIN) And can you tell
 8     me how you came to that conclusion?
 9        A    Well, several reasons.  No. 1, You
10     find a difference between test and control.
11     If people didn't pick up any price message,
12     you would be guessing; and that would -- that
13     would equalize the responses between test and
14     control.  That's No. 1.
15              No. 2, there is a vast literature on
16     inferring missing attributes.  That people
17     take a look at a partial profile or
18     description and they infer more about the
19     context from the description.  And that's --
20     that's a vast well-established literature.
21     And those are the basic -- basic --
22        Q    So we --
23        A    -- reasons.
24        Q    -- should take your word for it that
25     there's a vast literature on this issue and
```

```
 1                    Steckel, Ph.D.
 2   restaurant and never ordered a BMT sub, how
 3   would they know what the BMT should or would
 4   cost?
 5        A    Because if they go to Subway
 6   restaurants and order other sandwiches --
 7        Q    Yeah.
 8        A    -- they have some idea --
 9        Q    Okay.  And --
10        A    -- of what sandwiches cost.
11        Q    -- and do you know if Subway
12   sandwich prices are comparable to prices at
13   other Subway -- or sub shops?
14             MS. MIRMAN:  Objection to the form.
15        A    Well, I mean, my understanding now
16   is that those prices are lower than they are
17   at Quiznos.
18        Q    (BY MR. ROTHSTEIN) Right.  And do
19   you know if they're comparable to any other
20   sub shops?
21        A    I don't know what other sub shops
22   they are -- there are.
23        Q    Can -- can you name any off the top
24   of your head?
25        A    Is there one called Mike's Subway
```

```
 1                    Steckel, Ph.D.

 2      --

 3           Q     Okay.  Do you know what the prices

 4      are --

 5           A     -- or Miami Sub.

 6           Q     Okay.  Do you know what the prices

 7      are at Miami or Mike's Subs relative to

 8      Subway?

 9           A     No, I do not.

10           Q     All right.  But your screener did

11      ask, did it not, How often do you -- would you

12      say you eat at sub shops, right?

13           A     The test questionnaire did.

14           Q     Yes.  And it said, What are you most

15      likely to order when you visit a sub shop; is

16      that right?

17           A     Yes.

18           Q     Okay.  Did you analyze those results

19      from Questions 3 to determine whether or not

20      anyone had a particular experience with a

21      Subway Italian BMT?

22           A     No.

23           Q     Did you determine whether or not

24      people answering that question had any

25      experience with any Italian style sandwich
```

1                    Steckel, Ph.D.

2    from a sub shop?

3         A    No.

4         Q    Did you establish from any of the

5    preceding three questions that anyone had any

6    particular knowledge of what an Italian style

7    sandwich -- whether -- whether or not those

8    people ever had any experience ordering an

9    Italian style sandwich from a sub shop?

10        A    No.

11        Q    Okay.  Did you establish whether or

12   not the folks answering Questions 1 through 3

13   who ate at Subway shops ordered a sub or a

14   salad?

15        A    No.

16        Q    Did you establish that -- that the

17   people answering Questions 1 through 3

18   actually ate subs when they went to a sub

19   shop?

20        A    No.

21        Q    Did you -- strike that last

22   question.

23             Without establishing that the people

24   answering Question 4 had any particular

25   knowledge of the sandwich about which they

1              Steckel, Ph.D.

2     were answering a question, the Subway Italian

3     BMT, how do you know they weren't just

4     guessing at the answer?

5         A     Because if they were just guessing,

6     then the people in the control group would be

7     just guessing and the answers would have been

8     the same.

9         Q     Well, how do you know the people in

10    the control group were not just guessing?

11        A     Because if everybody was guessing,

12    given that the people were selected from this

13    population and randomly assigned, the answer

14    should -- would be the same.

15        Q     Right.  When I asked you the price

16    of the Filet-O-Fish earlier, were you telling

17    me based on actual knowledge or were you

18    guessing?

19        A     I was -- I was giving you my best

20    guess, and I am using the word "guess" in a

21    different context.  It was an informed -- an

22    informed response, although not necessarily a

23    recollection.

24        Q     Right.  But it was --

25        A     But see -- but -- but you're

```
 1                   Steckel, Ph.D.
 2         A    Well, it -- it can or cannot be.
 3     Sometimes it is and sometimes it isn't.  You
 4     know, it -- it's -- it's -- it's -- it's
 5     particularly useful in -- in situations of
 6     social sense -- socially sensitive
 7     questioning, of which this is not.
 8              You can -- you know, there's a nice
 9     discussion of it in my marketing research
10     textbook that says, Well, you have to weigh
11     each situation, you know, on its own merits.
12     Don't you -- or don't you know is often a
13     cop-out to prevent people from doing the hard
14     work in -- in -- in -- in making some logical
15     conclusion.
16              Now, does that -- could that
17     encourage guessing?  Well, on one hand perhaps
18     it could.  But in this particular design, it
19     would also encourage guessing in the control,
20     and that would minimize any differences
21     between test and control.  So I thought about
22     it, and I thought I would be better off not
23     using the don't you know option.
24         Q    Well, by not using it, you don't
25     know if people knew or didn't know, because
```

7/7/2008  Steckel, Ph.D., Joel H.

```
 1                  Steckel, Ph.D.
 2    they were forced to answer the question,
 3    right?
 4         A    But the same thing is true of the
 5    control.  The same thing is true of any of --
 6    of any other control -- would be true of not
 7    only this control, but any other alternative
 8    control you or Dr. Wind would propose.
 9         Q    If 100 percent of the people then in
10    answering Question 4 actually gave you a
11    price, how can you ferret out from that
12    universe of people whether or not they, in
13    fact, took away a price message from the
14    commercial?
15         A    Because I can show that there's a
16    difference between the test and the control
17    here.  And if there is a difference between
18    the test and the control, something is
19    causing that difference.  And somewhere
20    something -- someone is taking a price -- a
21    price -- making a price inference.
22         Q    Okay.  So you didn't ask people
23    whether they knew or not; is that correct?
24         A    Wait a minute.  Whether they knew
25    or not --
```

```
 1                    Steckel, Ph.D.
 2        Q    You didn't --
 3        A    -- what?
 4        Q    -- ask them the phrase, Or don't you
 5   know; is that correct?
 6        A    I did not ask the phrase --
 7        Q    So you --
 8        A    -- or don't you know.
 9        Q    You can't ferret out whether or not
10   people took away a price message through
11   those -- through that methodology, because you
12   didn't ask it, correct?
13        A    That's correct.
14        Q    Okay.
15        A    But not asking it would only work
16   in your client's favor, because it would tend
17   to minimize any differences because it would
18   discourage -- because any guessing would
19   be -- would be equivalent across test and
20   control.
21        Q    Okay.  Now, you didn't ask people,
22   Did the commercial say sure imply anything
23   about the costs of the items in the
24   commercial; is that correct?
25        A    That's correct, I did not ask that.
```

```
 1                    Steckel, Ph.D.
 2        Q    So you don't know by actually asking
 3    a filter question, correct, so -- is that
 4    correct?
 5        A    If you're calling that a filter
 6    question.
 7        Q    Okay.  What would you call it?
 8        A    I don't -- well, I call them filler
 9    questions.
10        Q    Okay.
11        A    But filler questions in this
12    context -- context have a different meaning
13    in that, you know, their responses are
14    irrelevant to -- to the study.
15        Q    Fair enough.  And when I use filter
16    questions, I mean a question that would filter
17    out people who said nothing about the costs of
18    the item other than, I don't believe there was
19    one, right?
20        A    I understand that.
21        Q    Right.  And in that context --
22        A    I understand that's how you're
23    using the phrase, filter.
24        Q    And in that context if nobody
25    said -- or somebody did not say something
```

1                    Steckel, Ph.D.

2     about price or value or cost, that they would

3     then not be asked Question 4, correct?

4          A     Now, say that again.  I'm sorry.

5          Q     If -- if you were to ask a filter

6     question that said something to the effect of,

7     Did the commercial say sure imply anything

8     about the cost or price or value of the

9     products in the commercial, that any response

10    that indicated they had not received such a

11    message would exclude that person from being

12    asked Question 4; is that right?

13         A     That is the definition of a filter

14    question --

15         Q     Right.

16         A     -- and I did not use that.

17         Q     Right.  Okay.  So you could only

18    determine based on your survey methodology

19    that 100 percent of the people took away a

20    price message because you're forcing that upon

21    them; is that correct?

22         A     No.

23         Q     Well, 100 percent of the people in

24    your survey took away a price message

25    according to your methodology; is that

1                   Steckel, Ph.D.

2    correct?

3         A    No.

4         Q    Okay.  How many of the 100 percent

5    of the people that gave you a price did not

6    take away a price message?

7         A    I don't know.  What I do know is

8    that there's a statistically significant

9    difference between test and control that

10   implies to me that people took away -- that a

11   substantial -- a significant -- a

12   significant -- I'll use the word --

13   "significant" number of people took away a

14   price message.

15        Q    So are you telling me then that you

16   are including people in your results who

17   provided you with a price answer to Question 4

18   that did not take away a price message from

19   the commercial?

20        A    Oh, well, wait a minute.  Wait a

21   minute.  Wait a minute.  I -- I -- I -- I see

22   what you are trying to do here.  You know, I

23   know -- I know you're trying to -- you're

24   trying to get a sound bite, and I am going to

25   do my best not to give it to you.

1                   Steckel, Ph.D.

2                   Now, there are people -- and --

3      there are people who may have been less

4      informed that -- that contributes to the

5      random error in any -- in any survey

6      observation, and there's random error in all

7      survey observation.  Measuring -- standard

8      measuring theory dictates that.

9                   But that random error is between

10     test and control, to the extent that there may

11     be people in this sample that didn't take away

12     a price message that would minimize the

13     difference between test and control and work

14     in the favor of your client.

15          Q     So the answer to my question then --

16          A     Is, I don't know.

17          Q     Is it likely that people who did not

18     take away a price message are included in your

19     results?

20                 MS. MIRMAN:  Objection to the form.

21          A     I don't know.

22          Q     (BY MR. ROTHSTEIN) Then it is

23     possible that people who did not take away a

24     price message are included in your results?

25          A     Yeah, anything is possible.  But

```
 1                    Steckel, Ph.D.
 2      does everybody have to take away a price
 3      message for a price message to have been
 4      efficiently communicated?  I think the answer
 5      to that is no.
 6           Q    Is it likely that at least one
 7      person who answered Question 4 with a price
 8      did not take away a price message from the
 9      commercial?
10           A    That's possible.
11           Q    Is it likely?
12           A    I don't know.
13           Q    Is it unlikely?
14           A    I don't know.
15                THE DEPONENT:  We have been going
16      for about an hour and 15 minutes.  Can we -- I
17      would like to go to the bathroom.
18                MR. ROTHSTEIN:  Sure.  Go ahead.
19                (A break was taken from 10:10 a.m.
20                to 10:18 a.m.)
21           Q    (BY MR. ROTHSTEIN) Okay.  Now, you
22      ask a very interesting phrase that I know you
23      read in Dr. Wind's report as problematic for
24      us.  And that's where you say, And based on
25      your knowledge of fast food; is that right?
```

```
 1                    Steckel, Ph.D.
 2     that's the one?
 3          A    That's the one -- that's the one
 4     that comes to mind as I sit here.
 5          Q    And nothing else?
 6          A    Well, without seeing the
 7     commercial, it's hard for me to say.  But as
 8     I sit -- I'm not saying there is nothing
 9     else.  I'm saying as I sit here, I can't
10     think of anything else.
11          Q    Okay.  So when you said there are
12     other pieces of data, you weren't thinking of
13     anything in particular?
14          A    Besides -- I wasn't thinking of
15     anything in particular besides the one that
16     I -- I gave you --
17          Q    Okay.
18          A    -- which you claim -- and I am not
19     sure of -- that we agreed that it was
20     problematic.
21          Q    Okay.
22          A    But we'll both read the record
23     sometime in the next couple of days and find
24     out.
25          Q    I understand.  Did it ever occur to
```

1                    Steckel, Ph.D.

2     you that specifying a 6-inch length might

3     create a problem in your control cell with

4     your test boar?

5          A    It -- it -- it did not at the time.

6          Q    Okay.  But as you sit here today --

7          A    Well, it -- as I sit here today,

8     I'm not sure.

9          Q    As you sit here today, could you

10    have done a better job of clarifying what size

11    sandwich was being priced out in your test

12    cell so as to make sure you were comparing

13    apples to apples?

14         A    I don't --

15              MS. MIRMAN:  Objection to the form.

16         A    -- I don't know.  Maybe.

17         Q    (BY MR. ROTHSTEIN) Could one way of

18    eliminating that problem be to remove the

19    6-inch size reference in your control,

20    Question 4?

21         A    I'm not sure that's the way I would

22    do it.

23         Q    Could one of the possible ways of

24    correcting this be to include a size reference

25    in Question 4 in the test cell?

```
 1                    Steckel, Ph.D.
 2             MS. MIRMAN:  Objection to the form.
 3    It assumes --
 4       A    I am not --
 5             MS. MIRMAN:  -- that there's
 6    something which needs correcting.
 7       A    -- that's right.  And it's hard for
 8    me to -- it's hard for me to say without
 9    seeing the commercial.
10             MR. ROTHSTEIN:  That's coaching.
11             MS. MIRMAN:  It's not coaching.
12       A    It's hard for me to say without
13    seeing the commercial.  And -- and you know,
14    I'm not sure that's the way I would do it.
15       Q    (BY MR. ROTHSTEIN) But you would
16    know for a fact, at least, that when you were
17    obtaining your boar in Question 4, had you
18    included a reference to a 6-inch size in your
19    test cell, that you know that you are getting
20    at least a guess based on the 6-inch size as
21    opposed to not knowing, right?
22       A    No.
23             MS. MIRMAN:  Objection to the form.
24       A    No.  I wouldn't know that.  Well, I
25    would know I would be getting a response
```

7/7/2008 Steckel, Ph.D., Joel H.

```
 1                     Steckel, Ph.D.
 2        Q    And how many sizes does Subway
 3   offer?
 4        A    I think --
 5             MS. MIRMAN:  Objection.  Do you mean
 6   at the time?
 7             MR. ROTHSTEIN:  Yeah.
 8        A    Yeah.  I -- I don't know at the
 9   time.
10        Q    (BY MR. ROTHSTEIN) How many did --
11   well, I think you told me that there were --
12        A    I think two today.
13        Q    Right.  And do you have any reason
14   to believe it was different then?
15        A    I don't know.
16        Q    Do you know how many sizes Quiznos
17   offers?
18        A    No, I don't.
19        Q    Okay.  Do you believe it's a 6- and
20   a 12-inch size?
21        A    No.
22        Q    Do you believe it's a 5 and 11?
23        A    I believe it's 5.  I don't know
24   about the 11.
25        Q    Do you believe or have any
```

```
1                    Steckel, Ph.D.
2     understanding as to whether or not Quiznos
3     offers a third size?
4          A     I don't know.
5          Q     Okay.  So that could further
6     confound the issue; is that correct?
7                MS. MIRMAN:  Objection to the form.
8          A     If people are misperceiving the
9     size of the subs in -- in the commercial --
10    in the commercial --
11         Q     (BY MR. ROTHSTEIN) Um-hum.
12         A     -- that could create -- that could
13    that could create some -- some issues.
14         Q     So if Subway -- or rather -- strike
15    that.
16                If Quiznos offers a third size,
17    which could be an 8-inch size, you don't know
18    whether or not your responses to Question 7
19    were based on the Quiznos 5-inch, 8-inch, or
20    11-inch sandwich, do you?
21         A     I -- I can only -- I -- you know,
22    my position is still that I believe that
23    people who are sub-shop-goers accurately
24    perceived the size of the sandwiches.
25         Q     So when they gave you a price in
```

```
 1                       Steckel, Ph.D.
 2      response to Question 7, they could have been
 3      pricing out an 8-inch sandwich or an 11-inch
 4      sandwich as opposed to what you have presumed
 5      to be a 5-inch sandwich; is that correct?
 6              MS. MIRMAN:  Objection to the form.
 7          A    Anything is possible.
 8          Q    (BY MR. ROTHSTEIN) Well, there could
 9      have been, right?
10          A    I presume that they weren't, but
11      anything is possible.
12          Q    Well, don't say anything is
13      possible.  It's -- it's impossible to know
14      whether or not they were pricing out a 5-, 8-,
15      or 11-inch sandwich based on the design of
16      your survey, right?
17          A    They were pricing --
18              MS. MIRMAN:  Objection to the form.
19          A    -- out the sandwich that they saw.
20          Q    (BY MR. ROTHSTEIN) Right.
21          A    Okay.  And the important thing is
22      that they viewed the sandwiches of comparable
23      sizes, not whether they were 5, 8, or 11.
24      Remember, because I never compare these
25      data -- these Quiznos data only got compared
```

```
 1                    Steckel, Ph.D.
 2     to the Subway data.
 3          Q    Right.
 4          A    And if there's a misperception,
 5     I -- I have got to assume that it's uniform.
 6     That they're not misperceiving one --
 7          Q    Yeah.
 8          A    -- and -- and misperceiving the
 9     other.
10          Q    I understand.  But if you have got
11     one company offering two sizes, a 6 and a 12
12     inch and the other offering three sizes, a 5,
13     8, and 11, how do you control for whether
14     people were comparing like sizes or not when
15     you have got a differential in the number of
16     sizes to choose from?
17          A    But the important issue is whether
18     they were comparing the ones -- the
19     sandwiches in the commercial --
20          Q    Right.
21          A    -- not whether they were comparing
22     a 6 and an 8 or a 5 and 11.
23          Q    I understand.  But -- but that
24     analysis only helps you potentially when
25     you're doing a differential analysis between
```

```
 1               Steckel, Ph.D.
 2   the relative prices of the Quiznos and Subway
 3   sandwiches to reality, but it becomes
 4   extremely problematic when you factor in your
 5   control question that includes the 6-inch
 6   directive, right?
 7               MS. MIRMAN:  Objection to the form.
 8               THE DEPONENT:  Repeat -- could you
 9   repeat that question?
10               (The pending question was read
11   back.)
12        A    Yeah.   That -- that analysis --
13   that way of looking at it does -- does not --
14   does not account for any possibilities that
15   misperceptions would have on the comparison
16   between test and control.
17        Q    (BY MR. ROTHSTEIN) When you say,
18   Based on your knowledge of fast food, do you
19   take into account the fact that some people
20   order a small versus a large or vice versa or
21   small, medium, and large, and that the
22   differences in size of the sandwich could
23   influence -- that they would themselves
24   purchase at a sub shop could influence the
25   price that they offer you?
```

```
 1                    Steckel, Ph.D.
 2             MS. MIRMAN:  Objection to the form.
 3             THE DEPONENT:  I don't know.  Can
 4    you repeat the question?
 5             (The pending question was read
 6    back.)
 7             MS. MIRMAN:  I continue to object to
 8    the form of that question.
 9        A    But I -- I think I understand it,
10    and I think the answer is yes.
11        Q    (BY MR. ROTHSTEIN) Okay.  So just to
12    give you a real-world example.  If somebody
13    traditionally went to Quiznos and purchased
14    a -- an 8-inch sandwich, that the price of the
15    8-inch sandwich could be what they have in
16    their mind irrespective of the size of the
17    sandwich that they saw in the commercial; is
18    that right?
19        A    Certainly that's part of their
20    information base --
21        Q    Right.
22        A    -- but there would also be -- if
23    they traditionally purchased an 8-inch
24    sandwich, they would be more likely to be
25    able to tell the difference in sizes.
```

```
 1                    Steckel, Ph.D.
 2    that you were asking people to accurately
 3    reflect on what the price for each of these
 4    sandwiches is on the menu board at Quiznos and
 5    Subway, right?
 6              You were asking Question 4 based on
 7    your presumption that people were attempting
 8    to accurately reflect the price of the Quiznos
 9    and Subway sandwiches based on what is shown
10    on the menu boards?
11         A    For the sandwiches in the ad.
12         Q    Right.  Is that right?
13         A    Yes.
14         Q    And you don't know whether they were
15    pricing, at least to Quiznos, a 5-inch, an
16    8-inch, or an 11-inch sandwich --
17         A    I know --
18         Q    -- do you?
19         A    -- they were pricing the sandwich
20    that they saw.
21         Q    Which was what?
22         A    Which was, to my recollection, a
23    5-inch sandwich.
24         Q    But how do you know that the
25    respondents themselves believed it was a
```

```
 1                    Steckel, Ph.D.
 2     5-inch sandwich?
 3          A    I don't -- I don't see why it's
 4     relevant whether they believed it was a
 5     5-inch sandwich.
 6          Q    Because if they thought it was an
 7     8-inch sandwich, wouldn't they have given you
 8     a higher price?
 9          A    Well, if they thought it was a
10     3-foot sandwich, they would have given me a
11     higher price.
12          Q    I understand.  But the menu price
13     for an 5-inch sandwich is higher than -- is
14     lower than the menu price for an 8-inch
15     sandwich, right?
16          A    I presume.
17          Q    And if they thought they saw an
18     8-inch sandwich, then they gave you an 8-inch
19     price, right?
20          A    But they did see a sandwich --
21          Q    Okay.
22          A    -- right?
23          Q    So --
24          A    So --
25          Q    -- if some people thought it was a
```

```
1                    Steckel, Ph.D.
2     5-inch and some people thought it was an
3     8-inch, then you're getting responses that are
4     not consistent?
5               MS. MIRMAN:  Objection to the form.
6          A    But if some people -- if some
7     people thought it were an 8-inch --
8          Q    (BY MR. ROTHSTEIN) Yeah.
9          A    -- then the price differential in
10    reality should be bumped up, because -- to
11    account for the number of people that thought
12    it would have been an 8-inch.
13         Q    Okay.
14         A    So assuming that people thought it
15    was a 5-inch is actually conservative.  So I
16    have a smaller reality difference than if I
17    could somehow miraculously do an adjustment
18    that is implicit in your line of questioning.
19         Q    Can we agree to this?  You didn't do
20    this analysis.  And to try to reconstruct what
21    your survey should have or would have shown
22    had you taken this information into account is
23    too big a hurdle for us to tackle at this
24    point; is that right?
25              MS. MIRMAN:  Objection to the form.
```

```
1                 Steckel, Ph.D.
2      showed me the commercial, I would give you my
3      best guess of the -- of the price of the
4      sandwich in the commercial.
5           Q    All right.  Could you tell me based
6      on watching the commercial whether you were
7      pricing a 5-inch or an 8-inch or an 11-inch?
8           A    I would have to see the commercial.
9           Q    But you could price -- I could ask
10     you to assume it was one size or another and
11     you could price them out accordingly, right?
12          A    Well, I would have to -- yeah.  I
13     would -- if you asked me to -- to assume a
14     size that it wasn't --
15          Q    Yeah.
16          A    -- then -- and it was -- and I had
17     the inkling that it wasn't that size --
18          Q    Um-hum.
19          A    -- then I don't know what would
20     happen to my response or to a respondent's
21     response.
22          Q    Um-hum.  Now, let's go to
23     Paragraph 8.  You say, The commercial neither
24     discloses prices nor in any way indicates that
25     the Quiznos ultimate Italian sub may be priced
```

138

```
1                   Steckel, Ph.D.
2    differently than the Subway Italian BMT sub to
3    which it is being compared.
4                   My question to you is:  What
5    disclosure would you have expected to be
6    provided that would have cured any disception
7    that you allege exists with this commercial?
8         A    Oh, I don't know.  I don't know.  I
9    don't know.  Because as I said, the -- the --
10   the deception rests in the confluence of
11   three factors.  Maybe just giving the prices
12   would do it.  Maybe not.
13        Q    Well, you say -- in here you said
14   that the -- the -- the problem is that they
15   are priced differently.  Could the disclosure
16   that the sandwiches are priced differently
17   been adequate?
18             MS. MIRMAN:  Objection to the form.
19   I don't think he says in that paragraph that
20   the problem is that --
21        A    Yeah.  That's what I'm looking for.
22        Q    (BY MR. ROTHSTEIN) Well, you said --
23        A    -- what I am stating --
24        Q    -- prices --
25        A    -- what I am stating there --
```

```
 1                    Steckel, Ph.D.
 2        Q    -- nor they --
 3             THE COURT REPORTER:  What?  Wait.
 4        Q    (BY MR. ROTHSTEIN) -- may be priced
 5   differently (phonetic)?
 6        A    Right.  And I mean, as -- as I read
 7   that sentence, it's factual.  That there's no
 8   substantive judgment in there.
 9        Q    I understand.  But had they said in
10   the commercial, Prices of the two sandwiches
11   are different, would that have been
12   sufficient?
13             MS. MIRMAN:  Objection to the form.
14        A    I don't know.
15        Q    (BY MR. ROTHSTEIN) Now, in
16   Paragraph 9 you make a difference to a double
17   portion meat compared to a regular amount of
18   meat.  And my question to you is:  What did
19   you understand the double portion of meat
20   reference to have been?  And I will just give
21   you some context.
22        A    Please.
23        Q    Do you think that the double portion
24   of meat reference was that the amount of meat
25   was double that of the regular sandwich or
```

1                    Steckel, Ph.D.

2    Maybe by only a little bit.

3         Q    Well, do you know as between Quiznos

4    and Subway whether both, either or neither,

5    offer promotional coupons?

6         A    I think that Subway does.  I

7    know -- I'm pretty sure Subway does.  I seem

8    to remember having gotten a couple.

9         Q    Have you ever gotten Quiznos

10   coupons?

11        A    I don't know.  Not that I recall.

12        Q    So as you sit here, you don't know

13   whether coupons are offered by Quiznos or not?

14             MS. MIRMAN:  Objection to the form.

15        A    I don't know for a fact whether

16   they do or not.

17        Q    (BY MR. ROTHSTEIN) So it's

18   conceivable then that folks answering the

19   price of the Subway sandwich were thinking

20   about coupons and promotions, whereas those

21   seeing the Quiznos sandwich were not?

22        A    Well, if that were the case, then

23   that would expand the price difference

24   that -- that's recorded.

25        Q    Well, it could have expanded it?

```
 1                    Steckel, Ph.D.
 2          A     Well, if that would have expanded
 3     the price difference -- oh, I see.  I see.  I
 4     see.  I see.  Okay.  I misunderstood.  So the
 5     premise is that Subway people were thinking
 6     about Subway coupons and people were not
 7     thinking about Quiznos coupons.
 8                    You know, I -- I -- you know,
 9     anything is possible.  But I think given the
10     the level playing field, people would either
11     think about coupons for both or not think
12     about coupons for both.
13          Q     But not -- not knowing the frequency
14     with which each company issues coupon, it's
15     impossible to know whether or not coupons and
16     the coupon or promotional price of these
17     products was what they had in mind when they
18     answered your question, right?
19          A     Well, I don't know if there's
20     coupon promotional prices for these
21     products -- or a coupons -- as I recall, the
22     Subway coupons are -- are -- are basically
23     off of a check.
24          Q     Well, they could be off of a check,
25     but we'll get into that problem in a second.
```

```
1                   Steckel, Ph.D.
2          A    At least the ones that I have
3     received -- the Subway coupons I have
4     received are -- they're all $1 off your
5     check.
6          Q    So the answer is we don't know
7     whether promotions are considered in the
8     context of the answers that were provided to
9     you; is that right?
10         A    I don't know exactly what roll or
11    what -- or what -- the -- that people may
12    have -- have used promotions.
13         Q    And then you led me right into the
14    next question --
15         A    I'm --
16         Q    -- which is that you're familiar
17    with the fact that frequently fast food
18    restaurants offer package meals?
19         A    Yes.  We talked about the Happy
20    Meal earlier.
21         Q    And do you know whether the
22    respondents collectively all ordered the
23    sandwiches individually and had a basis for
24    giving you an individual sandwich price or if
25    they more frequently ordered bundled meals
```

```
 1                    Steckel, Ph.D.
 2      with a drink and chips or a cookie or
 3      whatever?
 4           A     Yeah.  I -- I don't know.
 5           Q     And is it at least conceivable that
 6      the -- some of the respondents only had
 7      experience with bundled meals as opposed to
 8      the individual sandwich?
 9           A     Of course it's conceivable.
10           Q     And is it conceivable that they were
11      thinking about the bundled price of the meal
12      as opposed to the sandwich when giving the
13      answers?
14           A     That's not what the question asked.
15           Q     Well, perhaps.  But if their
16      experience is in purchasing a meal as opposed
17      to a -- an individual sandwich, how are they
18      supposed to differentiate between the two in
19      their own mind?
20           A     I'm not sure that -- well, I -- you
21      know, based on the commercial and -- and the
22      price of the meal.  They know the price of
23      the sandwich certainly can't be greater than
24      the price of the meal.
25           Q     But if their knowledge of fast food
```

1                    Steckel, Ph.D.
2      is dictated by the purchase of bundled meals,
3      how are they supposed to know the individual
4      cost of any one of the items in that bundled
5      meal?
6          A    Well, because there is no
7      individual cost of any of the items of the
8      bundled meal, unless they buy it separately.
9          Q    Right.  So if no one ever buys
10     products separately or if a significant number
11     of people in your sample don't buy sandwiches
12     or items individually, on what basis do they
13     have to give you an individual price that is
14     derived from knowledge of the individual
15     product as opposed to the bundled meal?
16         A    Their experience at the restaurant
17     and the price of the bundled meal.
18         Q    Well, what if they have no
19     experience?
20         A    They have gone into the restaurant;
21     they have bought the bundled meal.
22         Q    I know.  But --
23         A    If I -- if I go in and I know
24     bun -- someone charges me 6.99 for a bundled
25     meal and then -- and -- and I know for a fact

250