```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

DOCTOR'S ASSOCIATES, INC.,      :
                                :
     Plaintiff,                 :
                                :
     v.                         :      CASE NO. 3:06cv1710(VLB)
                                :
QIP HOLDERS LLC and IFILM,      :
                                :
     Defendants.                :
```

## ORDER & NOTICE

Pending before the court is the plaintiff's motion to reopen and enforce the parties' settlement agreement.  (Doc. #285.)  The parties moved to file under seal the briefs filed in support of and in opposition to the motion on the grounds that the briefs contained confidential settlement discussions and terms.  The court found that the parties' interests in maintaining the confidentiality of the terms of their settlement outweighed the public's interests in accessing settlement discussions and documents and granted the requests.

At this juncture, the court's ruling on the plaintiff's motion is filed under seal.  Any motions requesting that the ruling be filed with redactions and/or remain sealed shall be filed by July 12, 2010 and shall comply with D. Conn. L. Civ.R. 5(e) (requiring "particularized findings demonstrating that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons").  If no motions are filed, the ruling shall be unsealed.

SO ORDERED at Hartford, Connecticut this 23rd day of June, 2010.

```
                          _____/s/_____
                          Donna F. Martinez
                          United States Magistrate Judge
```